```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0127--CR (JMF)
              "USA V ANDREW GUSTY SR ET AL"
                  DEF 1.1 GUSTY, ANDREW SR.
```

In public format, including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable James M. Fitzgerald, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 08/22/01
               Closed: 07/18/03
   No. of Defendants: 2
       MJ Case Number:
                  AKA:
      Location status: Released on Own Recognizance
           Trial date: 07/14/03
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Michael D. Dieni
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Other
```

Counts re: DEF 1.1 GUSTY, ANDREW SR.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1163 EMBEZZLEMENT AND THEFT FROM INDIAN TRIBAL ORGANIZATIONS (F) | Dismissed (144-1) |
| 137 - 1 INF | 1 | 18:1163 EMBEZZLEMENT & THEFT FROM INDIAN TRIBAL ORGANIZATIONS (M) | Sentenced (144-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0127--CR (JMF)
             "USA V ANDREW GUSTY SR ET AL"
                   DEF 2.1 MACAR, MARY A.
```

In public format, including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable James M. Fitzgerald, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 08/22/01
              Closed: 07/18/03
   No. of Defendants: 2
       MJ Case Number:
                  AKA:
      Location status: Released on Own Recognizance
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Rex Lamont Butler
                       745 W. 4th Avenue, Suite 300
                       Anchorage, AK 99501
                       907-272-1497
                       FAX 907-276-3306
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Other
```

Counts re: DEF 2.1 MACAR, MARY A.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:1163 EMBEZZLEMENT AND THEFT FROM INDIAN TRIBAL ORGANIZATIONS (F) | Sentenced (116-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                             "USA V ANDREW GUSTY SR ET AL"

                         In public format, for all filing dates
```

```
   Presiding Judge: The Honorable James M. Fitzgerald, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 08/22/01
            Closed: 07/18/03
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/22/01 | [Re: DEF 1-2] PLF 1 Indictment. |
| NOTE - 1 | 08/24/01 | Issued: Summons re: Def 1. |
| NOTE - 2 | 08/24/01 | Issued: Summons re: Def 2. |
| 2 - 1 | 08/24/01 | [Re: DEF 1-2] JDR Grand Jury Minutes; summons; set for arr and notify USM; bail to be determined at arr. |
| 3 - 1 | 08/24/01 | [Re: DEF 1-2] AHB Minute Order that arr re: Def 1 is set 3:30 p.m., 9/25/01; arr re: Def 2 is set 4:00 p.m., 9/25/01. cc: USA, USM, PO, Defs (by USM) |
| NOTE - 3 | 08/27/01 | Issued: Proposed Trial Date Setting for arr re: Def 1. |
| NOTE - 4 | 08/27/01 | Issued: Proposed Trial Date Setting for arr re: Def 2. |
| NOTE - 5 | 09/27/01 | Issued: Summons re: Def 1 for 10/25/01. |
| NOTE - 6 | 09/27/01 | Issued: Summons re: Def 2 for 10/25/01. |
| 4 - 1 | 09/27/01 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held 9/25/01); def not present; service has not been effected; arr cont to 3:30 p.m., 10/25/01; new summons to issue. cc: USA, USM, PO, Def (by USM) |
| 5 - 1 | 09/27/01 | [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held 9/25/01); def not present; service has not been effected; arr cont to 3:30 p.m., 10/25/01; new summons to issue. cc: USA, USM, PO, Def (by USM) |
| NOTE - 7 | 10/11/01 | Issued: Proposed Trial Date Setting for 10/25/01 arr re: Def 1-2. |
| 6 - 1 | 10/24/01 | Return of summons unexecuted re: def 1's 10/25/01 arr. |
| 7 - 1 | 10/24/01 | Return of summons unexecuted re: def 2's 10/25/01 arr. |
| NOTE - 8 | 10/25/01 | Issued: Summons re: 12/5/01 arr for Def 1. |
| NOTE - 9 | 10/25/01 | Issued: Summons re: 12/5/01 arr for Def 2. |
| NOTE - 10 | 10/25/01 | Issued: Proposed Trial Date Setting for 12/5/01 arr re: Def 1-2. |
| 8 - 1 | 10/25/01 | [Re: DEF 1-2] AHB Minute Order that 10/25/01 arr is VACATED and RESET to 2:00 p.m., 12/5/01; cnsl for govt to provide notice to crt as to status of service of summonses NLT 11/19/01. cc: USA, USM, PO, Def 1 (by USM), Def 2 (by USM) |
| 9 - 1 | 11/09/01 | [Re: DEF 1-2] (filed by FPD as Friend of the court) Unopposed motion for defendants to appear telephonically at arraignment. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                        "USA V ANDREW GUSTY SR ET AL"

                        In public format, for all filing dates

Document #   Filed      Docket text

   10 -   1  11/13/01   [Re: DEF 1-2] AHB Minute Order denying motion Unopposed motion for
                        defendants to appear telephonically at arraignment (9-1) [see Crim.R.
                        43].  cc: USA, FPD (as friend of the court)

   11 -   1  11/16/01   Return of Summons re Andrew Gusty (issued 10/25/01) executed 11/7/01.

   12 -   1  11/16/01   Return of Summons re Mary Macar (issued 10/25/01) executed 11/7/01.

   13 -   1  11/16/01   Return of Summons re Andrew Gusty (issued 8/24/01) unexecuted.

   14 -   1  11/16/01   Return of Summons re Mary Macar (issued 8/24/01) unexecuted.

   15 -   1  11/30/01   [Re: DEF 1-2] Motion for reconsideration of motion to appear by
                        telephone for arraignmenment filed on shortened time or in the
                        alternative.

   15 -   2  11/30/01   [Re: DEF 1-2] Motion for transport to Anchorage filed on shortened time.

   16 -   1  12/03/01   [Re: DEF 1-2] AHB Order granting motion for transport to Anchorage
                        (15-2); terminating in light of this order: motion for reconsideration
                        of motion to appear by telephone for arraignment (15-1); arr set 12/5/01
                        is hereby VACATED and RESET to 2:00 p.m., 12/12/01.  cc: USA, USM, PO,
                        FPD (as friend of the court)

 NOTE -  11  12/06/01   Issued: Proposed Trial Date Setting for 12/12/01 arr re: Def 1-2.

   17 -   1  12/12/01   [Re: DEF 1] AHB Order for return transportation from Anch AK to Stoney
                        River, AK.  cc: USA, FPD, USM, PO

   18 -   1  12/12/01   [Re: DEF 2] AHB Order for return transportation from Anch AK to Stoney
                        River, AK.  cc: USA, R. Butler, USM, PO

   19 -   1  12/12/01   [Re: DEF 1] Financial Affidavit.

   20 -   1  12/12/01   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due
                        12/27/01.  cc: USA, FPD

   21 -   1  12/12/01   [Re: DEF 1] AHB Order of Personal Recognizance; def released O/R.  cc:
                        USA, FPD, USM, PO

   22 -   1  12/12/01   [Re: DEF 1] Order setting conditions of release; def released O/R.  cc:
                        USA, FPD, USM, PO

   23 -   1  12/12/01   [Re: DEF 2] Financial Affidavit.

   24 -   1  12/12/01   [Re: DEF 2] AHB Order regarding preparation for trial; ptms due
                        12/27/01.  cc: USA, R. Butler

   25 -   1  12/12/01   [Re: DEF 2] AHB Order of Personal Recognizance; def released O/R.  cc:
                        USA, R. Butler, USM, PO

   26 -   1  12/12/01   [Re: DEF 2] Order setting conditions of release; def released O/R.  cc:
                        USA, R. Butler, USM, PO

   27 -   1  12/13/01   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter/Bonnie Boyer] of arr on
                        Indt (held 12/12/01); FPD appointed; def plead not guilty; def released
                        O/R; ptms due 12/27/01; def cnsl made oral mot for transportation
                        GRANTED.

ACMS: R_RDSDI              As of 03/01/06 at 3:58 PM by LINDA                        Page 2
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                            "USA V ANDREW GUSTY SR ET AL"

                       In public format, for all filing dates

Document #   Filed      Docket text

    28  -  1  12/13/01  [Re: DEF 2] AHB Court Minutes [ECR: Robin Carter/Bonnie Boyer] of arr on
                        Indt (held 12/12/01); FPD to appoint CJA cnsl; def plead not guilty; def
                        released O/R; ptms due 12/27/01; def cnsl made oral mot for
                        transportation GRANTED.    cc: FPD (CJA Clerk)

  NOTE  - 12  12/14/01  Issued: Notice of Speedy trial act ddlns re: Def 1 to JKS CMC.

  NOTE  - 13  12/14/01  Issued: Notice of Speedy trial act ddlns re: Def 2 to JKS CMC.

    29  -  1  12/14/01  [Re: DEF 1-2] JKS Minute Order setting trial by jury for 2/4/02 at 9:00
                        a.m. and FPTC for 1/25/02 at 8:30 a.m.   cc: C. Brown, M. Dieni R.
                        Butler, jury clerk, USM, USPO, MJ Branson

    30  -  1  12/14/01  [Re: DEF 2] CJA appointment of R. Butler.

    31  -  1  12/20/01  [Re: DEF 2] PLF 1 Discovery conference certificate.

    32  -  1  12/20/01  [Re: DEF 1] PLF 1 Discovery conference certificate.

    33  -  1  12/27/01  DEF 1 motion to sever defendant's trials and memo in support.

    34  -  1  12/27/01  {SEALED}

    35  -  1  01/02/02  [Re: DEF 1] PLF 1 Unopposed motion on short time for an ext to respond
                        to def's mot to sever defs' trials.

    35  -  2  01/03/02  [Re: DEF 1] AHB Order granting unopposed motion on short time for an ext
                        to respond to def's mot to sever def's trials (35-1); Response due
                        1/10/02. cc: USA, FPD, R. Butler

    36  -  1  01/10/02  [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever defendant's trials
                        (33-1).

    37  -  1  01/15/02  Initial R&R recommends DENYING re: DEF 1 motion to sever defendant's
                        trials and memo in support (33-1). Objections due 01/22/02. Reply due
                        01/25/02. cc: USA, FPD, Judge Singleton

    38  -  1  01/16/02  DEF 1 motion for transportation from Stony River, AK to Anchorage AK for
                        trial (filed on shortened time).

    39  -  1  01/16/02  DEF 1 Unopposed motion on shortened time for def to appear
                        telephonically at FPTC.

    40  -  1  01/17/02  [Re: DEF 1] JKS Order granting motion for transportation from Stony
                        River, AK to Anchorage AK for trial 2/4/02 (38-1). cc: C. Brown, M.
                        Dieni, USm, USPO, MJ Branson

    41  -  1  01/17/02  JKS Order granting motion Unopposed motion on shortened time for def to
                        appear telephonically at the FPTC 1/25/02 (39-1).   cc: C. Brown, M.
                        Dieni, USM, USPO

    42  -  1  01/18/02  DEF 2 Unopposed motion for continuance of trial set 2/4/02 w/att aff.

    43  -  1  01/22/02  [Re: DEF 1-2] JKS Minute Order re: a hearing re: D2's mot to continue
                        trial is set for 1/25/02 at 8:30 a.m. in Courtroom #4.   cc: C. Brown, M.
                        Dieni, R. Butler, USM, USPO, MJ Branson
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                            "USA V ANDREW GUSTY SR ET AL"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 44 - 1 | 01/22/02 | DEF 1 objection to R&R re: DEF 1 motion to sever defendant's trials (33-1). |
| 45 - 1 | 01/22/02 | DEF 1 Proposed Questions for Voir Dire. |
| 46 - 1 | 01/22/02 | DEF 1 Request for Jury Instructions. |
| 47 - 1 | 01/23/02 | Final R&R declines to modify Initial R&R re: DEF 1 motion to sever defendant's trials and memo in support (33-1); matter forwarded to trial judge for determination. cc: USA, FPD, Judge Sedwick |
| 48 - 1 | 01/23/02 | [Re: DEF 1-2] PLF 1 motion to accept the plf's trial brief, proposed jury instructions and proposed voir dire questions filed one day late w/att trl brief, proposed jury instructions & proposed voir dire. |
| 49 - 1 | 01/25/02 | [Re: DEF 1-2] JKS Order granting motion to accept the pfl's trial brief, proposed jury instructions and proposed (48-1). cc: C. Brown, M. Dieni, R. Butler |
| 50 - 1 | 01/25/02 | [Re: DEF 1-2] JKS Court Minutes [ECR: Elisa Singleton] hrg re def mot to continue trial held 1/25/02; denying motion to sever defendant's trials (33-1); granting motion Unopposed motion for continuance of trial set 2/4/02 w/att aff (42-1). TBJ set 2/4/02 is vacated and reset for 4/29/02; fptc is set 4/19/02 at 4:00 p.m. Parties may supplement filings until 4/15/02. cc: AUSA, FPD, USM, USPO, MJ Branson, Jury Clerk, R. Butler |
| 51 - 1 | 01/29/02 | [Re: DEF 1-2] PLF 1 Trial Brief. |
| 52 - 1 | 01/29/02 | [Re: DEF 1-2] PLF 1 proposed Jury Instructions. |
| 53 - 1 | 01/29/02 | [Re: DEF 1-2] PLF 1 proposed Voir Dire. |
| 54 - 1 | 04/17/02 | DEF 1 Unopposed motion for telephonic appearance of def at FPTC on shortened time. |
| 55 - 1 | 04/18/02 | [Re: DEF 1] JKS Order granting unoppo mot for telephonic appearance of def at FPTC (54-1) on 4/19/02 at 4:00 p.m.. cc: USA, FPD, USM, PO |
| 56 - 1 | 04/18/02 | [Re: DEF 1-2] JKS Minute Order re items to be discussed at FPTC on 4/19/02 |
| 57 - 1 | 04/18/02 | DEF 2 motion for def to appear telephonically at FPTC on shortened time |
| 58 - 1 | 04/18/02 | DEF 1 motion for transportation from Stony River to Anch AK (on shortened time). |
| 59 - 1 | 04/19/02 | [Re: DEF 2] JKS Order granting motion for def to appear telephonically at FPTC on shortened time (57-1). cc: USA, R. Butler, USM, USPO |
| 60 - 1 | 04/19/02 | [Re: DEF 1] AHB Order granting motion for transportation from Stony River to Anch AK (on shortened time) (58-1). cc: USA, FPD, USM, PO |
| 61 - 1 | 04/22/02 | DEF 2 Notice of Intent to change plea. |
| 62 - 1 | 04/23/02 | [Re: DEF 1-2] JKS Court Minutes [ECR: Robin Carter] FPTC held 4/19/02. Trial to be held before Judge Fitzgerald 4/29/02. Parties to notify the |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                         "USA V ANDREW GUSTY SR ET AL"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | court by 4/24/02 if defs are going to trial. Def oral motion to transport defs to Anchorage for trial granted. cc: C. Brown, M. Dieni, R. Butler, USM, USPO |
| 63 - 1 | 04/23/02 | DEF 1 Notice of Intent to change plea. |
| 64 - 1 | 04/24/02 | [Re: DEF 2] JKS Minute Order re: pcop is set for 4/24/02 at 2:30 p.m. Courtroom #3. cc: C. Brown, C. Cooper, USM, USPO, MJ Branson |
| 65 - 1 | 04/24/02 | [Re: DEF 2] PLF 1 Plea Agreement. |
| 66 - 1 | 04/24/02 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 67 - 1 | 04/24/02 | [Re: DEF 1] JKS Minute Order re: pcop is set for 4/25/02 at 3:00 p.m. courtroom #3 before Judge Fitzgerald. cc: C. Brown, M. Dieni, USM, USPO, MJ Branson |
| 68 - 1 | 04/25/02 | [Re: DEF 2] JMF Court Minutes [ECR: Denali Elmore] PCOP held 4/24/02. Def changed plea to guilty on Ct 1 of the Indictment. Court accepted plea. Imposition of sentence set for 7/9/02 at 10:00 a.m. before Judge Fitzgerald. Trial by jury set for 4/29/02 is vacated. cc: C. Brown, R. Butler, USM, USPO, JC, MJ Branson, Judge Singleton |
| 69 - 1 | 04/26/02 | [Re: DEF 1] JMF Minute Order re: trial by jury set 4/29/02 is vacated and reset for 5/20/02 at 9:00 a.m. before Judge Fitzgerald. Court found excludable delay under section 3161(h)(2). cc: C. Brown, M. Dieni, MJ Branson, JC, USM, USPO, Judge Singleton |
| 70 - 1 | 04/26/02 | [Re: DEF 1] JMF Court Minutes [ECR: Robin Carter] PCOP held 4/25/02. Def plead guilty to count 1 of the Indictment. Court accepted plea. Government could not accpet plea and case should go to trial. Proposed change of plea hearing continued until 4/26/02 at 9:30 a.m. cc: C. Brown, M. Dieni, USM, USPO, MJ Branson |
| 71 - 1 | 05/06/02 | DEF 1 motion on shortened time for transportation from Stony River, Ak. to Anchorage for trial. |
| 72 - 1 | 05/07/02 | [Re: DEF 1] JKS Order granting motion on shortened time for transportation from Stony River, Ak. to Anchorage on or before 5/15/02 (71-1). cc: C. Brown, M. Dieni, USM, USPO |
| 73 - 1 | 05/08/02 | {SEALED} |
| 74 - 1 | 05/08/02 | {SEALED} |
| 75 - 1 | 05/09/02 | {SEALED} |
| 76 - 1 | 05/09/02 | {SEALED} |
| 77 - 1 | 05/09/02 | {SEALED} |
| 78 - 1 | 05/09/02 | {SEALED} |
| 79 - 1 | 05/10/02 | {SEALED} |
| 80 - 1 | 05/10/02 | {SEALED} |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                "USA V ANDREW GUSTY SR ET AL"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 81 - 1 | 05/13/02 | {SEALED} |
| 82 - 1 | 05/13/02 | {SEALED} |
| 83 - 1 | 05/14/02 | {SEALED} |
| 84 - 1 | 05/14/02 | {SEALED} |
| 85 - 1 | 05/14/02 | DEF 1 motion (notice) of Intent to waive jury and non-opposed request on shortened time for Bench Trial. |
| 86 - 1 | 05/15/02 | [Re: DEF 1] JMF Order granting motion (notice) of Intent to waive jury and non-opposed request on shortened (85-1); court trial set for 5/20/02 at 9:00 am. cc: USA, USM, PO, FPD, MJ Branson, JC |
| 87 - 1 | 05/17/02 | DEF 1 Trial Brief filed on shortened time. |
| 88 - 1 | 05/20/02 | [Re: DEF 2] Transcript  re: PCOP hrg held 4/24/02. |
| 89 - 1 | 05/20/02 | DEF 1 brief re admissibility of Julie Holt testimony |
| 90 - 1 | 05/20/02 | DEF 1 stipulation to facts |
| 91 - 1 | 05/21/02 | [Re: DEF 1] JMF Court Minutes [ECR: Bonnie Boyer] TBC, day 1, held 5/20/02, stip to facts filed; def's oral mot for jmt of acquittal denied; reconvene 5/21/02 at 9:00. |
| 92 - 1 | 05/21/02 | [Re: DEF 1] JMF Court Minutes [ECR: Debby Willoughby-Lyons] TBC, Day 2, held 5/21/02, closing arguments heard; matter under advisement; crt to issue verdict in writing; (witness/exh list attached to original). |
| 93 - 1 | 05/24/02 | DEF 1 motion on shortened time for transporation from Anchorage AK to Stony River Alaska on or before 5/25/02 |
| 94 - 1 | 05/24/02 | [Re: DEF 1] JWS Order granting motion on shortened time for transporation from Anchorage AK to Stony River (93-1). cc: USA, FPD, USM |
| 95 - 1 | 05/28/02 | [Re: DEF 1] JMF Court Minutes [ECR: Elisa Singleton] re: ruling on the record held 5/28/02; def found guilty of ct 1 of Indt; IOS set 7/8/02; time to be set based on cnsls' availability; crt ordered expedited transcript. cc: USA, M. Dieni, USM, USPO, MJ Branson, ECR |
| 96 - 1 | 05/30/02 | [Re: DEF 1] JKS Minute Order rescheduling IOS from 07/08/02 to 08/21/02 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 97 - 1 | 05/31/02 | [Re: DEF 1] Exhibit inventory and disposition ntc.  Def's exhs A,B, & D returned to M. Dieni. |
| 98 - 1 | 06/04/02 | [Re: DEF 1] PLF 1 Exhibit inventory and dispostion ntc re: returning exhibit 1 to plf. |
| 99 - 1 | 06/05/02 | [Re: DEF 1] Transcript re: rule on record  held 5/28/02. |
| 100 - 1 | 07/05/02 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 101 - 1 | 07/08/02 | DEF 2 Sentencing Memorandum |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                    "USA V ANDREW GUSTY SR ET AL"

                  In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 102 - | 1 | 07/09/02 | [Re: DEF 2] JKS Court Minutes [ECR: Robin Carter] IOS, Held 7/9/02; def not present; IOS reset for 8/21/02 at 10:00 am; IOS for def Gusty is reset for 8/21/02 at 10:30 am. cc: USA, USM, PO, FPD, R. Butler |
| 103 - | 1 | 07/30/02 | DEF 1 motion for transportation from Stony River, AK to Anchorage, AK for IOS on 08/21/02. |
| 104 - | 1 | 07/31/02 | [Re: DEF 1] JKS Order granting mot for transportation from Stony River, AK to Anchorage, AK for IOS on 08/21/02 (103-1). cc: USA, FPD, USM, USPO |
| 105 - | 1 | 08/01/02 | DEF 2 motion for transportation from Stony River AK to Anchorage for IOS 8/21/02 |
| 106 - | 1 | 08/06/02 | [Re: DEF 2] JMF Order granting motion for transportation from Stony River AK to Anchorage for IOS 8/21/02 (105-1). cc: USA, R. Butler, USM |
| 107 - | 1 | 08/06/02 | DEF 2 motion for transporation from Stony River to Anchorage for IOS (duplicate of #105) |
| 108 - | 1 | 08/14/02 | DEF 1 Sentencing Memorandum w/att exhs. |
| 109 - | 1 | 08/15/02 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 110 - | 1 | 08/15/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 111 - | 1 | 08/21/02 | [Re: DEF 1-2] JMF Order granting oral motion for transportation from Anch to Stony River. cc: USA, FPD, R. Butler, USM |
| 112 - | 1 | 08/22/02 | [Re: DEF 1-2] JKS Minute Order reassigning case to Judge Fitzgerald. cc: USA, FPD, R. Butler, PO, USM, MJ Branson, Judge Fitzgerald |
| 113 - | 1 | 08/22/02 | [Re: DEF 1] JMF Court Minutes [ECR: Robin Carter] IOS, held 8/21/02, sent 5 months, s/r 3 years; s/a $100; restitution $24,344.76; def to report to USM upon notification by PO; granted oral mot for transportation. |
| 114 - | 1 | 08/22/02 | [Re: DEF 2] JMF Court Minutes [ECR: Robin Carter] IOS, HELD 8/22/02, sent 5 months; s/r 3 years; s/a $100; restitution $24,377.76; granted oral mot for transportation; def to report to USM when notified by PO. |
| 115 - | 1 | 08/23/02 | [Re: DEF 1] JMF Judgment found guilty on count(s) 1 of the Indictment (1-1); sent 5 months; s/r 3 years; s/a $100; restitution $24,344.76. cc: USA, USM, PO, FPD, def (by FPD), MJ Branson, FLU |
| 116 - | 1 | 08/23/02 | [Re: DEF 2] JMF Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 5 months; s/r 3 years; s/a $100; restitution $24,344.76. cc: USA, USM, PO, R. Butler, def (by Butler), MJ Branson, FLU |
| 117 - | 1 | 09/06/02 | DEF 1 motion to accept late filed notice of appeal w/att exhs and lodged notice of appeal. |
| 118 - | 1 | 10/07/02 | [Re: DEF 1] JMF Order granting motion to accept late filed notice of appeal (117-1). USA, FPD, Appeals Clerk |
| NOTE - | 14 | 10/08/02 | Transmittal: Forwarded notice of appeal (119-1) to 9CCA. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                                "USA V ANDREW GUSTY SR ET AL"

                            In public format, for all filing dates


Document #    Filed        Docket text

119 -    1   10/08/02     DEF 1 appeal to 9CCA of (115-1) filed 08/23/02. cc:FPD,USM,PO, Judge
                          Fitzgerald, 9CCA

120 -    1   10/08/02     [Re: DEF 1] Cy 9CCA Time Schedule Order. (119-1) cc:USA, FPD, ECR, Judge
                          Fitzgerald, 9CCA (original)

121 -    1   10/15/02     [Re: DEF 1] Transcript of IOS  re: DEF 1  held 0n 8/21/02.

122 -    1   10/15/02     [Re: DEF 2] Partial Transcript re: IOS held 8/21/02.

123 -    1   10/16/02     {SEALED}

123 -    2   10/17/02     {SEALED}

124 -    1   10/29/02     DEF 1 Transcript Designation/Order Form re: notice of appeal  (119-1).
                          cc:ecr (w/transcript order form)

125 -    1   10/29/02     DEF 1 AMENDED Transcript Designation/Order Form re: notice of appeal
                          (119-1). cc:ecr

126 -    1   11/19/02     [Re: DEF 1] Transcript Hrg re: DEF 2 mot for continuance of trial held
                          1/25/02 re: notice of appeal (119-1) (located in expando)

127 -    1   11/19/02     [Re: DEF 1] Transcript  TBJ Day 1 held 5/20/02 re: notice of appeal
                          (119-1) (located in expando file)

128 -    1   11/19/02     [Re: DEF 1] Transcript TBJ Day 2 held 5/21/02 re: notice of appeal
                          (119-1) (located in expando file)

129 -    1   11/19/02     [Re: DEF 1] cy 9CCA Certificate of Record. (119-1) cc: USA, FPD, USM,
                          PO, Judge Fitzgerald, 9CCA (original)

130 -    1   04/22/03     [Re: DEF 1] Copy of Order from 9CCA that mot to remand this case for
                          anew trial is granted. Reversed & remanded. (119-1) cc:USA, FPD, USM,
                          PO, Judge Fitzgerald

131 -    1   05/13/03     [Re: DEF 1] Copy of Order from 9CCA (119-1)that in light of the
                          government's confession of error, the mot to remand this case for a new
                          trial is granted.  Reversed & remanded. cc:USA, FPD, USM, PO, Judge
                          Fitzgerald

132 -    1   05/13/03     [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (119-1) that
                          the district court's decision is REVERSED & REMANDED. cc: USA, FPD, USM,
                          PO, Judge Fitzgerald

133 -    1   05/20/03     [Re: DEF 1] JMF Minute Order setting a status conference for 5/23/03 at
                          11:00, in chambers. cc: USA, FPD

134 -    1   05/23/03     [Re: DEF 1] JMF Minute Order setting retrial for 7/14/03 at 9:00 a.m.
                          cc: USA, USM, PO, FPD, JC

135 -    1   07/07/03     DEF 1 Notice of proposed nonjury trial by stip w/att unsigned
                          stipulation

136 -    1   07/08/03     [Re: DEF 1] WITHDRAWN BY #138 - PLF 1 Notice of new information
                          A03-0112CR (AHB).


ACMS: R_RDSDI                    As of 03/01/06 at 3:58 PM by LINDA                       Page 8
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A01-0127--CR (JMF)
                        "USA V ANDREW GUSTY SR ET AL"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 137 - 1 | 07/08/03 | [Re: DEF 1] PLF 1 Information. |
| 138 - 1 | 07/09/03 | [Re: DEF 1] PLF 1 Notice to withdraw notice of new information. |
| 139 - 1 | 07/10/03 | [Re: DEF 1] JMF Minute Order that retrial of def Gusty will be by court. cc: USA, USM, PO, FPD, JC |
| 140 - 1 | 07/14/03 | PLF 1; DEF 1 stip of the parties regarding facts and procedure to govern retrial. |
| 141 - 1 | 07/16/03 | DEF 1 Unopposed motion to adjust period of supervised release w/att aff |
| 142 - 1 | 07/17/03 | [Re: DEF 1] JMF Court Minutes [ECR: Robin Carter] TBC/IOS, HELD 7/14/03; def found guilty ct 1 of INF; sent 5 months, credit for time served; s/r 3 years; s/a $25; restitution $24,720.00; ct 1 of IND dismissed; crt directed gvt to file appropriate order re disposition. |
| 143 - 1 | 07/18/03 | [Re: DEF 1] JMF Order granting unopposed motion to adjust period of supervised release (141-1) from 3 years to 1 year. cc: USA, FPD, PO |
| 144 - 1 | 07/18/03 | [Re: DEF 1] JMF Judgment dismissed count 1 of the Indictment (1-1); found guilty on count 1 of the Information (137-1); sent 5 months, w/credit for time served; s/r 1 year; s/a $25; restitution $24,720. cc: USA, USM, PO, FPD, def (by FPD), Finance, FLU, MJ Branson |
| 145 - 1 | 07/29/03 | DEF 1 motion to correct final written judgment w/att aff. |
| 146 - 1 | 08/19/03 | [Re: DEF 1] Partial Transcript re: IOS held 7/14/03. |
| 147 - 1 | 08/21/03 | [Re: DEF 1] JMF Order granting motion to correct final written judgment (145-1) as stated in order. cc: USA, FPD, ECR |
| 148 - 1 | 08/25/03 | [Re: DEF 1] JMF Judgment (2d Amended); found guilty ct 1 of INFO; ct 1 of IND dismissed; sent 5 months w/credit for time served; s/r 1 year; s/a $25; restitution $24,720. cc: USA, USM, PO, FPD, Def (by FPD), MJ Branson, Finance, FLU |
| 149 - 1 | 07/15/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 15 | 07/19/05 | Issued: writ of execution re: DEF 2 on PFD. |
| 150 - 1 | 11/03/05 | USM Return of svc on writ of execution re: DEF 2 on PFD on 7/22/05 in the amt of $839.76. |
| 151 - 1 | 11/18/05 | [Re: DEF 2] PLF 1 motion to release attached PFD funds. |
| 152 - 1 | 11/29/05 | [Re: DEF 2] JMF Order to Release Attached PFD Funds. cc: USA, R. Butler, Finance, FLU |